George J. Becker, Respondent, v. Jacob Jung, Appellant.—Judgment affirmed, with costs. All concurred.

Stanislaus Kina, an Infant, etc., Appellant, v. Machwirth Brothers Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

The People of the State of New York ex rel. Leonard Drake, Relator, v. William S. Andrews, as Justice of the Supreme Court, and Others, Respondents.— Order of reversal entered July 6, 1909, modified so as to read as follows: "Order reversed and relator discharged from custody. Such reversal is solely upon the ground that the acts found by the trial court to have been committed by the relator (in which finding no error was committed), did not constitute criminal contempt of court and were not punishable as such. ·(See prevailing opinion by Williams, J., which is made a part of this order and decision.)" (See 134 App. Div. 32.)

Elsbeth Meyer Szag, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $12,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred, except Robson, J., who dissented and voted for reversal.

Caroline A. Hickok, as Executrix, etc., of Chauncey L. Hickok, Deceased, Respondent, v. Auburn Light, Heat and Power Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented, upon the ground that the evidence fails to show that the defendant owed to plaintiff's testator any active duty to guard against accidents which might occur to an inexperienced person at the place in question.

Charles H. Peck, Appellant, v. Adam G. Friderich and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements, without prejudice to the right of appellant to apply for an injunction upon the giving of satisfactory security, and the stay now existing is continued for five days from service of a copy of this decision to enable such application to be made. All concurred.

Emil Schlicht, Respondent, v. Jewett & Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented.

New Hartford Cotton Manufacturing Company, Respondent, v. Morris Lowenstein and Others, Appellants.— Judgment and order affirmed, with costs. All concurred. ·

Jennie Ivers, Respondent, v. Continental Casualty Company, Appellant.— Judgment and order affirmed, with costs. All concurred.